IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 94-cv-00979

STATE OF COLORADO,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
UNITED STATES DEPARTMENT OF THE INTERIOR,
UNITED STATES BUREAU OF MINES, and
KEN SALAZAR IN HIS CAPACITY AS SECRETARY OF
THE UNITED STATES DEPARTMENT OF THE INTERIOR,
    Defendants.

_____

### ORDER OF DISMISSAL
_____

THIS MATTER is before the Court on the parties' Joint Stipulation of Dismissal, filed June 19, 2009 [#21]. Upon review of the Stipulation and file in this matter, it is hereby

ORDERED that this case is **DISMISSED WITHOUT PREJUDICE** each party to bear its own costs and fees.

Dated:  June 24, 2009

                                            BY THE COURT:

                                            s/ Wiley Y. Daniel
                                            Wiley Y. Daniel
                                            Chief United States District Judge